■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HUBER, Appellant.—Judgment, Supreme Court, New York County (Ernst Rosenberger, J.), rendered on September 4, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings, pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Ross and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTIAGO FERRER, Appellant.—Judgment, Supreme Court, Bronx County (Barry Salman, J.), rendered on March 1, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be. raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Fein and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH MCGEE, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on August 10, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER MOYD, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on February 16, 1984, unanimously affirmed.